IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

BROADUS STALLINGS,

      Appellant,

v.

                              Case No. 5D22-86
                              LT Case No. 2014-301690-CFDB

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed September 13, 2022

3.800 Appeal from the Circuit Court
for Volusia County,
Raul A. Zambrano, Judge.

Broadus Stallings, Panama City, pro se.

Ashley Moody, Attorney General,
Tallahassee, Kaylee D. Tatman and
Daniel P. Caldwell, Assistant Attorneys
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EISNAUGLE and SASSO, JJ., concur.